**STATE of Missouri, Respondent,**

v.

**Raymond DEVEREUX, Jr., Appellant.**

**ED 103698**

Missouri Court of Appeals,
Eastern District,
<u>DIVISION ONE</u>.

Filed: December 27, 2016

■

**Laron CRENSHAW, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED104103**

Missouri Court of Appeals,
Eastern District,
<u>DIVISION ONE</u>.

Filed: December 27, 2016

Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, for respondent.

Margaret M. Johnston, Columbia, MO, for appellant.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

<u>ORDER</u>

PER CURIAM.

Raymond Devereux appeals from his convictions of first degree assault, armed criminal action and unlawful use of a weapon. We affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their

Lisa M. Stroup, St. Louis, MO, for appellant.

Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, for respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

information only, setting forth the reasons for this order pursuant to Rule 30.25(b).